DONALD EDWARD CORNELL,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A75485)

863 P2d 1318

Sally L. Avera, Public Defender, argued the cause for petitioner. With her on the brief was Lawrence J. Hall, Deputy Public Defender.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *Glasser v. Board of Parole,* 123 Or App 610, 860 P2d 832 (1993); *Jeldness v. Board of Parole,* 92 Or App 323, 759 P2d 1102 (1988).